ABRAHAM RIBICOFF FEDERAL BUILDING
United States Courthouse
Att: Honorable Michael P. Shea, U.S. District Court Judge
450 Main Street - Room 217
Hartford, Connecticut 06103


RE: <u>Request Concerning Order of Community Service
in U.S. v. Jorge Morales, Case No. [06-CR-272]</u>

June 25, 2021

Honorable Shea:

On November 10, 2016 I was ordered by you to participate in 250 hours of community services. I was released from prison in October 2019 to the halfway house where I immediately started working at Randall Construction, and then to my current job at Siles & Sons where I've been working since October 2019 for an average of 45 hours per week.

To date, I've continued to stay out of trouble and I've not had any issues with my Supervision Officer. On September 1, 2020, I completed the mandated drug treatment as well as the mental health treatment (See Attachment 1).

Furthermore, I live with my elderly and infirm parents; my mother just recently survived cancer and my father is diabetic and I help take care of them when I'm not working or taking my youngest to his school and sports activities. (See Attachment 2)

As you are well aware, the Country --especially Florida-- is continuing to suffer from high infection rates of the COVID-19 virus. See https://www.tampabay.com/news/health/2021/05/02/florida-records-3841-coronavirus-cases-31-deaths-sunday/ (Florida records 3,841 coronavirus cases, 31 deaths Sunday) last visited May 3, 2021. As such, it is extremely difficult for me to satisfy Your Honors orders of 250 hours of community service. I have several CDC recognized risk factors (obesity, moderate asthma, hypo-tyroidism) I weigh 257, Height 5'-8" (BMI 38-borderline extremely obese) which exposes me to severe --even deadly-- consequences if I were to contract the virus. Also importantly, as previously mentioned, I live with and help take care of my elderly and infirm parents.

My supervising Officer, Mr. Nicolas Shae, has been asking for me to fulfil the community service portion of Your Honor's judgment against me and I've explained to him what I'm now explaining to Your Honor. He insists --and I fully understand-- that it remains a requirement of my sentence. I informed him I would be making the present request to Your Honor and he wants me to send him a copy.

I therefore here respectfully request that Your Honor enter an order terminating the requirement of 250 hours of community service.

Respectfully Submitted,

*Jorge J. Morales*
Mr. Jorge L. Morales

cc/self
cc/ns(supervisor)



# hearthstone foundation

dui • drug • alcohol • consultation • evaluation • education • therapy

814 N. Beach Street, Daytona Beach, Florida 32114 • Phone: 386/238-1348 • Fax: 238-0171

## DISCHARGE SUMMARY

§ 2.32 - Prohibition on re-disclosure (2) 42 CFR part 2 prohibits unauthorized disclosure of these records. (b) [Reserved] [83 FR 251, Jan. 3, 2018]

**Client Name:** Jorge Morales  
**PACTS#** 63065  
**Admission:** 09/01/2020  
**Type of Discharge:** SUCCESSFUL  

**CLIENT#:** 5246  
**DOB:** 12/28/1974  
**Discharge Date:** 03/31/2021  
**LOS:** 5 MOS  

**A. Initial Findings/Problems Identified:** 309.28 (F43.23) Adjustment Disorder with mixed Anxiety and Depressed Mood. R/O-Post-Traumatic Stress Disorder, Substance Use Disorder. Client is a 45 Y.O. C/S/M referred by United States Probation – Officer Jacqueline Boughner for a Mental Health Assessment and subsequent enrollment into Individual Mental Health counseling program. Client reports prior substance related offenses. Client reports prior episodes of substance abuse and mental health treatment.

**B. Course and Progress in Treatment:** Client will attend Individual counseling sessions, covering the disease concept of Addiction, progression, cross/switching addictions, medical aspects, denial vs. honesty, family systems, spirituality, double messages, values, feelings, anxiety, depression, and community resources.

**C. Final Assessment/ Observations:** Client appears to have gained appropriate therapeutic benefits from Individual Counseling for Dual Disorder sessions. Client made appropriate progress related to goals and objectives on Master Treatment Plan. Client maintained proof of abstinence by submitting random urinalysis negative for illicit substances per Officer Boughner. Client was able to identify tools for healthy living, develop coping skills to manage anxious and depressive symptoms, and identified a relapse prevention plan.

**D. Condition at Discharge:** 309.28 (F43.23) Adjustment Disorder with mixed Anxiety and Depressed Mood. Ruled Out-Post-Traumatic Stress Disorder, Substance Use Disorder. Mr. Morales engaged well in counseling services for a period of five months. Mr. Morales was evaluated by this writer over ten, one hour sessions. Mr. Morales has been gainfully employed since his release and Mr. Morales has a supportive social system in place including family, friends, and coworkers.

**E. Recommendations/Referrals:** Continued abstinence through a 12 step self-help recovery program and a return to mental health counseling should symptoms of anxiety, depression or trauma arise.

**Counselor Signature:** *Janet Minor, M.S.*     **Date:** 03/31/2021  
JANET G. MINOR, M.S.

*personal freedom begins with personal responsibility*

June 20, 2021

Honorable Judge Shea:

My husband and I write you this letter on behalf of our son Jorge Morales whom since his release has been helping take care of us. Even when he was living with his wife, he would still make sure to come by and take care of the things we need in the house and can't do well ourselves due to our illnesses.

I recently was diagnosed with cancer, and after chemotherapy and treatment, I'm thankful to God to say that I'm doing a lot better today but throughout it all, and still today, Jorge makes sure to help us with the needs we have since my husband's diabetes also limits him in what he can do.

Several months ago, Jorge moved in with us and although he works so much and has gotten extremely involved in his son's lives—mentoring them or being present in school or sports activities- he always makes sure to also take care of the things that my husband and I cannot do.

I know that when your Honor didn't know what he would be doing with his life when he was released, perhaps to make sure he kept busy, Your Honor imposed as a condition of his supervised release that he complete community service. Now that Your Honor can verify that he has kept out of trouble, working and taking care of us, we sincerely ask that you consider removing the community service condition especially for our health during these times of COVID-19, which although subsiding, our conditions make it that much more severe.

We want to thank you for your time and consideration of these words. God bless you and your family.

Respectfully,

*Dionisia Cardona*

Mrs. Dionisia Cardona

Respectfully

*Rafael Perez*

Mr. Rafael Perez